IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| In the Matter of the Tax Indebtedness of: | ) | Case No. 1:25-cv-196 |
| NEAL A. JOHNSON | ) | |

**DECLARATION OF REVENUE OFFICER TONY CASO**

I, Tony Caso, pursuant to the provisions of 28 U.S.C. § 1746, and in support of the *United States' Petition for Judicial Approval of Levy Upon Principal Residence*, declare that:

1. I am a duly commissioned Revenue Officer of the Collection Division of the Internal Revenue Service (IRS), with a post of duty in Andover, Massachusetts.

2. In my capacity as Revenue Officer, I am assigned to collect on the unpaid federal income tax liabilities of Neal A. Johnson for the tax years 2016, 2017, 2018, 2019, and 2020.

3. The IRS intends to affect a levy on certain real property located at 62 Tanglewood Dr., Nashua NH 03062 ("The Nashua Property").

4. Mr. Johnson has an ownership interest in the Nashua Property.

5. The Nashua Property is Mr. Johnson's principal residence, as defined by 26 U.S.C. § 6334(a)(13)(B).

6. On the dates set forth in the chart below, a delegate of the Secretary of the Treasury made assessments against Neal A. Johnson for unpaid federal income taxes. The unpaid balances, plus accrued penalties and interest, as of May 19, 2025, are as follows:

| Tax Type | Tax Period Ending | Tax Assessment Date | Tax Assessment Amount | Unpaid Balance as of May 19, 2025 |
|---|---|---|---|---|
| Income | 12/31/2016 | 03/07/2022 | $874,832.00 | $1,926,749.29 |
| Income | 12/31/2017 | 04/18/2022 | $789,505.00 | $1,688,327.18 |
| Income | 12/31/2018 | 03/13/2023 | $325,601.00 | $663,695.86 |
| Income | 12/31/2019 | 03/13/2023 | $270,206.00 | $518,822.76 |
| Income | 12/31/2020 | 03/13/2023 | $401,523.00 | $745,157.67 |
| | | | **Total** | **$5,542,752.76** |

7. Notices of the assessments and demand for payment were given to Mr. Johnson. Despite notice and demand, Mr. Johnson has failed to pay the liabilities in full. After the application of all abatements, payment, and credits, as of May 19, 2025, Mr. Johnson remains indebted to the United States in the total amount of $5,542,752.76.

8. The IRS has followed the requirements of the applicable law and administrative procedures relevant to a levy upon the Nashua Property, including but not limited to:

a. Giving notice to the taxpayer of the assessments and making demand for payment as required by 26 U.S.C. § 6303;

b. Giving notice to the taxpayer of the intent to levy and providing the taxpayer with notice of his rights to an administrative hearing prior to levy as required by 26 U.S.C. §§ 6330(a), 6331(d); and

c. Making a thorough investigation of the status of the property to be levied upon as required by 26 U.S.C. § 6331(j), including a determination based upon a reliable appraisal of the property that the equity in the property is sufficient to yield net proceeds from a sale to be applied to the taxpayer's liability.

9. The IRS has attempted to satisfy Mr. Johnson's unpaid liabilities from assets other than the Nashua Property, and no reasonable alternative exists to satisfy the unpaid tax liabilities described above. The IRS's efforts to satisfy Mr. Johnson's unpaid liabilities include multiple attempts to contact Mr. Johnson to which Mr. Johnson did not respond. The IRS also attempted a nominee levy on funds in an account owned by Donna Johnson—Mr. Johnsons' spouse—that was unsuccessful because over $200,000 in cash was withdrawn from the account before it could be captured by the levy. The IRS's investigations have located no other properties owned by Mr. Johnson that could be sold to satisfy his unpaid tax liabilities.

I declare under penalty of perjury that the forgoing is true and correct.

Executed at Andover, Massachusetts on _____ day of ___________ 2025.

Tony Caso Digitally signed by Tony Caso Date: 2025.05.23 09:54:31 -04'00'

Tony Caso
Revenue Officer
Internal Revenue Service