UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v. Case No. 25-cv-196-JL-TSM

Neal A. Johnson

JUDGMENT

In accordance with the Orders by District Judge Joseph N. Laplante dated December 16, 2025, and April 28, 2026, judgment is hereby entered.

By the Court:

Tracy A. Uhrin
Clerk of Court

Date: April 28, 2026

cc: Counsel of Record